IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BOWLUS CHAUNCEY and LYNNE CHAUNCEY,** | : : : | |
| **Plaintiffs** | : : | |
| | : | 5:06-CV-422 (WDO) |
| v. | : : | |
| **BLUE BIRD BODY COMPANY and JOHN BLEAKLEY R.V. CENTER, INC.,** | : : : : | |
| **Defendants** | : : | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the parties' Stipulation of Dismissal with Prejudice, it is hereby ordered that the above-captioned action shall be and is hereby dismissed with prejudice without further cost to any party.

**SO ORDERED this 21st day of September, 2007.**

**S/Clay D. Land**
**CLAY D. LAND**
**UNITED STATES DISTRICT JUDGE**